TAMARA SOLOMAN
CA Bar No. 183841
Law Office of Tamara L. Soloman
901 H Street  #400
Sacramento, CA 95814
Tel (916) 712-8962
Attorney for Jesus Andres Ruiz Guerrero

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS ANDRES RUIZ GUERRERO,<br><br>            Petitioner,<br><br>      vs.<br><br>WARDEN, ET AL,<br><br>            Respondents. | Case No.: 2:26-cv-585-TLN<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE; ORDER** |

    Tamara Soloman, on behalf of Petitioner Jesus Andres Ruiz Guerrero ("Petitioner"), moves the Court to extend the deadline set at ECF 5. The Government does not oppose this motion.

    The undersigned was appointed to represent Petitioner on March 3, 2026.  On that same date, she began the process of setting up the interface to communicate with clients housed in ICE facilities.  On March 3, 2026, the undersigned submitted inquiries within the system to request assistance with the functions and to hasten the scheduling.  The undersigned finally succeeded in reaching her client on March 9, 2026, but an interpreter was required.  Another phone conference could not be set up until March 13, 2026.  At that time, the facility called 30 minutes after the appointment time.  The undersigned was able to contact an interpreter and conduct the initial communication with Petitioner.

- 1 –

1  Prior to the phone meeting on March 13, 2026, Counsel was unable to respond without
2  meaningful communication with her client. Accordingly, Petitioner moves to set the deadline to
3  file a response/opposition to the pending motion to dismiss on March 23, 2026.
4
5  Dated: March 14, 2026                                Respectfully submitted,
6
                                                         /s/ Tamara Soloman
                                                         TAMARA SOLOMAN
7                                                        Attorney for Jesus Andres Ruiz Guerrero

**ORDER**

IT IS ORDERED that the petitioner's response/opposition to the motion to dismiss is due on March 23, 2026.

IT IS SO ORDERED.

Dated: March 16, 2026

_____
Troy L. Nunley
Chief United States District Judge